# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| DONNA ATKINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:15-CV-05055-BCW |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

__X__ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED**, the Commissioner of Social Security's determination is reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the order entered by the Honorable Brian C. Wimes this date.

AT THE DIRECTION OF THE COURT

April 14, 2016 /s/Paige Wymore-Wynn
Dated *Acting Court Executive*

April 14, 2016 By: /s/Joella Baldwin
Entered (by) Deputy Clerk